# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

ALFREDA SIMON                                                      PLAINTIFF

V.                                     CIVIL ACTION NO. 1:18-CV-28-SA-DAS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                   DEFENDANT

## AGREED ORDER OF DISMISSAL

UPON CONSIDERATION of Plaintiff's and Defendant's Stipulation and Joint Motion of Dismissal, it is hereby ORDERED that all allegations and claims contained in Plaintiff's Complaint are hereby DISMISSED with prejudice.

SO ORDERED, this the 19th day of February, 2019.

                                                                       /s/ Sharion Aycock
                                                                       DISTRICT COURT JUDGE

Agreed as to form:

*/s/ Alfreda Simon*
ALFREDA SIMON
931 Ruffin Road
Columbus, MS 39702
*Pro Se Plaintiff*

*/s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB #7748
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655
*Attorney for Defendant*